## RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | | MAGISTRATE'S DOCKET # | |
|---|---|---|---|
| vs | | DATE OF COMPLAINT | |
| MELISSA HICKS | | CRIMINAL DOCKET NUMBER | CR 05-19 ERIE |
| | | DATE OF INDICTMENT | 5/3/2005 |
| | | STATUTE: | |

DATE ARRESTED:

### INITIAL APPEARANCE

| Before | | SENSENICH | | CAIAZZA | Date: | 12/28/05 | Casette Tape # |
|---|---|---|---|---|---|---|---|
| Magistrate | | MITCHELL | X | BAXTER | Time: | 10:00 a.m. | Tape Index: |
| | | HAY | | PESTO | Court Reporter: | | |

U. S. ATTORNEY   Marshall Piccinini, Esq.

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
- [✓] Read   [✓] Summarized   [ ] Reading waived
- [✓] Defendant provided with a copy of the charges
- [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
- [✓] Read   [✓] Summarized   [ ] Reading waived

4. COUNSEL
- [ ] Defendant requested appointment   [ ] Defendant waived appointment
- [ ] Defendant represented by: _____
- [ ] Defendant expects to retain: _____
- [✓] Affidavit executed.
- [ ] Not Qualified   [ ] Qualified   [ ] with possible requirement for partial or full payment
- [✓] Federal Public Defender appointed
- [ ] CJA Panel Attorney _____ appointed

5. BAIL   Recommended Bond: _____

Bond Set at: _____
- [ ] By Consent   [ ] Additional Conditions Imposed: _____
- [ ] By Magistrate
- [ ] Bond Posted
- [ ] Temporary Commitment issued   [ ] Final Commitment issued

Bond Review Hearing Set For: _____

Detention Hearing Set For:   *held + detention ordered*

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

Preliminary Exam/Rule 40/Arraignment  set for: _____   Before Magistrate   *Baxter*

ADDITIONAL COMMENTS:   *all preliminary hearings held*