IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
VS. ) CR. NO. 05-19 ERIE
)
MELISSA HICKS )

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

1. DATE OF ARRAIGNMENT: 12/28/05

2. DEFENDANT IS:     ✓ INCARCERATED
                    __ ON BOND

3. DEFENDANT ENTERED A PLEA OF NOT GUILTY ✓

4. THE PARTIES WERE ADVISED ALL PRE-TRIAL MOTIONS MUST BE FILED WITHIN TEN (10) DAYS. ✓

5. A RULE 16 CONFERENCE:   ✓ HAS BEEN HELD
                          __ HAS NOT BEEN HELD

6. DISCOVERY IS:   ✓ COMPLETED
                  __ NOT COMPLETED

7. DEFENDANT HAS REQUESTED TO BE TRIED BY:   ✓ JURY
                                            __ NON-JURY

8. ALL PARTIES HAS BEEN ADVISED THAT THE MATTER:

   ✓ HAS BEEN SCHEDULED FOR TRIAL _____
     BEFORE U.S. DISTRICT JUDGE MAURICE B. COHILL, JR.
   __ HAS NOT BEEN SCHEDULED FOR TRIAL

9. ESTIMATED TRIAL TIME:_____

10. OTHER:_____

                            s/Susan Paradise Baxter
                            SUSAN PARADISE BAXTER
                            Chief United States Magistrate Judge