IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
              v.                 )
                                )   Criminal No. 05-19    E
MELISSA HICKS                    )
                                )

## ARRAIGNMENT PLEA

Defendant MELISSA HICKS being arraigned, pleads _not guilty_ in open Court this _28th_ day of _December_, 20_05_.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)