# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America           )
                                   )
                                   )
                       Plaintiff   )
            vs.                    )     No.        CR 05-19 Erie
Melissa Hicks                      )
                                   )
                                   )
                       Defendant   )

HEARING ON   December 28, 2005   Detention Hearing

Before   U. S. Magistrate Judge Susan Paradise Baxter

Marshall Piccinini, Esq., AUSA                Thomas W. Patton, Esq., Federal P.D.

Appear for Plaintiff                          Appear for Defendant

Hearing Begun  11:00 a.m.                     Hearing Adjourned to

Hearing concluded C.A.V.  12:10 pm            Stenographer  Sonia Hoffman
                                              CD:            Index:

### WITNESSES
For Plaintiff                                 For Defendant

The Court hears testimony from proposed third-party custodian, Tineka Hicks. After proffer; argument, the Court rules to detain the Defendant pre-trial. The parties have ten days to appeal decision to the District Judge.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__   DISTRICT OF   __PENNSYLVANIA__

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| MELISSA HICKS | Case Number: CR 05-19 ERIE |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Susan Paradise Baxter | Marshall Piccinini, Esq. | Thomas Patton, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| December 28, 2005 | Srica Hoffman | Leslie R. Wallen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| #1 | | 12-28-05 | ✓ | | Criminal history of defendant |
| #2 | | 12-28-05 | ✓ | | Dept of Transportation records for defendant |
| #3 | | 12-28-05 | ✓ | | arrest report from PA State Police in Butler Pa |
| | ✓ | 12-28-05 | | | Tinieka Hicks - daughter of defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages