IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-19 Erie |
| | ) |
| MELISSA HICKS | ) |

**MOTION TO EXTEND THE TIME FOR THE
FILING OF PRETRIAL MOTIONS**

AND NOW, comes the defendant, MELISSA HICKS, by her attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

1. The defendant, Melissa Hicks, has been charged in a ten-count indictment with violations of Title 18, U.S.C. §§ 371, 513(a) and 1028(1)(3); conspiracy, uttering and possessing counterfeit securities and possession of five or more identification documents with intent to use unlawfully.

2. On or about December 28, 2005, an arraignment was held before United States District Magistrate Judge Susan Paradise Baxter.

3. Pursuant to Local Criminal Rule 16 and Federal Rule of Criminal Procedure 45(a), certain types of pretrial motions were due on January 12, 2006.

4. Additional time is needed to complete counsel's investigation of the facts and law before informed decisions can be

made concerning the filing of pretrial motions.

    5.   Accordingly, counsel requests an additional thirty (30) within which to file pretrial motions.

    WHEREFORE, defendant, Melissa Hicks, respectfully requests an extension of thirty (30) days to file pretrial motions.

                              Respectfully submitted,

                              <u>/s/ Thomas W. Patton</u>
                              Thomas W. Patton
                              Assistant Federal Public Defender
                              PA ID #88653