```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-19 Erie |
| | ) |
| MELISSA HICKS | ) |

## MOTION TO EXTEND THE TIME FOR THE
## <u>FILING OF PRETRIAL MOTIONS</u>

AND NOW, comes the defendant, MELISSA HICKS, by her attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

    1.    The defendant, Melissa Hicks, has been charged in a ten-count indictment with violations of Title 18, U.S.C. §§ 371, 513(a) and 1028(1)(3); conspiracy, uttering and possessing counterfeit securities and possession of five or more identification documents with intent to use unlawfully.

    2.    Pursuant to an Order of Court dated February 15, 2006, certain types of pretrial motions are due on March 15, 2006.

    3.    Additional time is needed to complete counsel's investigation of the facts and law before informed decisions can be made concerning the filing of pretrial motions.

    4.    Accordingly, counsel requests an additional thirty (30) within which to file pretrial motions.

WHEREFORE, defendant, Melissa Hicks, respectfully requests an extension of thirty (30) days to file pretrial motions.

Respectfully submitted,

/s/ Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
PA ID #88653