IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL NO. 05-19 ERIE |
| | ) | |
| MELISSA HICKS, | ) | |
| Defendant. | ) | |

## PLEA

AND NOW, the defendant, **MELISSA HICKS,** in the above entitled case hereby, withdraws the plea of NOT GUILTY, entered December 28, 2006, and now pleads GUILTY to Count(s) One (1), Two (2), Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9), and Ten (10) in open Court this 3rd day of May, 2006

_____
Melissa Hicks, Defendant

_____
Thomas W. Patton, Attorney