# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America
_____
Plaintiff

vs.   No. CR 05-19 Erie

Melissa Hicks
_____
Defendant

HEARING ON Change of Plea

Held on Wednesday, May 3, 2006

Before Judge Sean J. McLaughlin

Marshall Piccinini        Thomas W. Patton, PDA
_____   _____
Appear for Plaintiff      Appear for Defendant

Hearing begun ~~2:30~~ 1:28 pm   Hearing adjourned to 1:51 pm

Hearing concluded C.A.V. _____   Stenographer Ron Bench

Clerk Nicole Kuenzel

### WITNESSES:

For Plaintiff            For Defendant

Δ Sworn; Plea entered

Δ to be sentenced before the Honorable Maurice B. Cohill, Jr on 8/22/06 @ 2:30pm