# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

May 4, 2006

Brendan Conway, AUSA

Thomas W. Patton, AFPD

Melissa Hicks

U.S. Marshal

Probation Office

      Re:  United States of America v. Melissa Hicks
            Criminal No. 05-19E

Dear Counsel:

    Please be advised that the Sentencing Hearing for defendant Melissa Hicks is scheduled in the above captioned matter on Tuesday, August 22, 2006 at 2:30 p.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

                                  Very truly yours,

                                  John Galovich, Deputy Clerk
                                  To Judge Maurice B. Cohill, Jr.