# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America            )
                                    )
                                    )
                                    )
                                    )
            vs.                     )        CR  05-19 Erie
Melissa Hicks                       )
                                    )
                                    )
                Defendant           )


HEARING ON   Sentence

Before   Judge Cohill

Brendan Conway, AUSA                         Tom Patton, AFPD

        Appear for Plaintiff                         Appear for Defendant

Hearing Begun   8/22/2006  3:00 p.m.         Hrg Adjourned to

Hrg concluded C.A.V.  5:15 p.m.              Stenographer      Sandy Weinger

### WITNESSES
For Plaintiff                                For Defendant

Evidence and argument heard regarding Defendant's Objections. Gov't Witness: Postal Inspector David Anderchak [see attached Exhibit Lists]. Defendant's objections overruled. Loss is determined to be $40,407.10. Guideline range: 10/VI; 24-30 months; 2-3 years supervised release; fine $2,000-20,000; restitution of $15,751.87; special assessment of $1,000. Court departs upward in sentencing. Defendant is sentenced to 60 months imprisonment (concurrent); restitution of $15,751.87 to Telecheck; 3 years supervised release (concurrent); interest on restitution waived; special assessment of $1,000; fine waived.