# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| MELISSA HICKS | Case Number: 05-19 ERIE |

| PRESIDING JUDGE<br>Maurice B. Cohill, Jr. | PLAINTIFF'S ATTORNEY<br>Brendan Conway, AUSA | DEFENDANT'S ATTORNEY<br>Tom Patton, AFPD |
|---|---|---|
| TRIAL DATE (S)<br>August 22, 2006 | COURT REPORTER<br>Sandy Weinger | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/22/06 | X | X | "Missy Hicks Spreadsheet"    **Witness David Andrchak** |
| 13 | | | | | PA Drivers License info for Navada Green |
| 14 | | | | | Copy of Check, Navada Green |
| 15 | | | | | Copy of Check, Navada Green |
| 16 | | | | | Copy of Check, Navada Green |
| 17 | | | | | Copy of Check, Navada Green |
| 18 | | | | | Copy of Check, Navada Green |
| 19 | | | | | Copy of Check, Navada Green |
| 20 | | | | | 3 West Mifflin Police Dept Reports |
| 21 | | | | | Check, Eldora Harris |
| 22 | | | | | Check, Eldora Harris |
| 23 | | | | | Check, Eldora Harris |
| 2 | | | | | Navada Green, Check to Zales |
| 3 | | | | | Receipt for Gov. Ex. 2 |
| 4 | | | | | Eldora Harris, Check to Kay's |
| 5 | | | | | Receipt for Gov. Ex. 4 |
| 6 | | | | | Checks and other documents for Estelle Ramey |
| 7 | | | | | Checks, Estelle Ramey |
| 8 | | | | | Various Checks |
| 9 | | | | | Various Checks |
| 9a | | | | | Check, Deborah Lee Burrell |
| 10 | | | | | Various Identifications |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST -- CONTINUATION**

| UNITED STATES | | vs. | | | MELISSA HICKS | CASE NO. 05-19 ERIE |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 11 | | 8/22/06 | X | X | UPMC Health ID Card & Heath First ID Health Card | |
| 12 | | | | | Photocopy of Memorandum of Interview with Jamie Chandler | |
| | A | | | | Butler Township Police Report, Det. Pearson  **Witness David Andrchak** | |