## NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania (Pittsburgh)

Circuit Court Docket No. _____

**FULL CAPTION IN DISTRICT COURT:**

UNITED STATES OF AMERICA

V.

MELISSA HICKS

District Court Docket No. <u>Criminal No. 05-19E</u>

District Court Judge <u>Maurice B. Cohill, Jr</u>

Notice is hereby given that <u>Melissa Hicks</u> appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment; [ ] Order; [ ] Other (Specify) _____

entered in this action on <u>August 28, 2006</u>.

**DATED:** September 7, 2006

<u>/s/ Karen Sirianni Gerlach</u>
**(Counsel for Appellant-signature)**
<u>Karen Sirianni Gerlach   PA ID# 52956</u>
<u>Assistant Federal Public Defender</u>
**(Name of Counsel-Typed)**
<u>1450 Liberty Center</u>
**(Address)**
<u>1001 Liberty Avenue</u>

<u>Pittsburgh, PA  15222</u>

<u>(412) 644-6565</u>
**(Tel. No. - FTS or Other)**

<u>Robert L. Eberhardt</u>
<u>Assistant U.S. Attorney</u>
**(Counsel for Appellee)**
<u>400 U.S. Courthouse</u>
**(Address)**
<u>Seventh Avenue & Grant St.</u>

<u>Pittsburgh, PA  15219</u>

<u>(412) 894-7353</u>
**(Tel. No. - FTS or Other)**