AO 245B   (Rev. 06/05) Judgment in Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page  3  of  7

DEFENDANT:     MELISSA HICKS
CASE NUMBER:   CR No. 05-00019E-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: sixty (60) months. This term consists of sixty (60) months' imprisonment at Counts 2 through 9, and thirty (30) months' imprisonment at Counts 1 and 10, all Counts to be served concurrently for a total term of imprisonment of sixty (60) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered ASCRDENED F.F.T to USMS/BOP AIRLIFT
at RECEIVED US MARSHAL 2006 DEC 18 PM 10 ERIE, PA , with a certified copy of this judgment.

_____
THOMAS FITZGERALD
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

'06 DEC 19 P2:55  CLERK U.S. DISTRICT COURT