UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-4018

UNITED STATES OF AMERICA

v.

MELISSA HICKS,

           Appellant

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 05-cr-00019E)
District Judge: Honorable Maurice B. Cohill, Jr.

Submitted Under Third Circuit LAR 34.1(a)
March 11, 2008

Before: FUENTES, CHAGARES and ALDISERT, <u>Circuit Judges</u>

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted on March 11, 2008.

On consideration whereof, it is now ORDERED and ADJUDGED by this Court that the judgment of the District Court dated August 28, 2006, be, and the same is, hereby affirmed.

All of the foregoing is in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: 2 April 2008