UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-4018

_____

UNITED STATES OF AMERICA

v.

MELISSA HICKS,

Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 05-cr-00019E)
District Judge: Honorable Maurice B. Cohill, Jr.

_____

Submitted Under Third Circuit LAR 34.1(a)
March 11, 2008

Before: FUENTES, CHAGARES and ALDISERT, Circuit Judges

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District

Court for the Western District of Pennsylvania and was submitted on March 11, 2008.

On consideration whereof, it is now ORDERED and ADJUDGED by this Court

that the judgment of the District Court dated August 28, 2006, be, and the same is, hereby

affirmed.

All of the foregoing is in accordance with the Opinion of this Court.

ATTEST:

   /s/ Marcia M. Waldron
Clerk

Dated: 2 April 2008



**Certified as a true copy and issued in lieu
of a formal mandate on 24 April 2008**

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**