OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 24, 2008

Mr. Robert V Barth Jr.
United States District Court for the Western District of PA
P.O. Box 1820
Erie, PA 16501-0000

**RE: USA v. Hicks**
**Case Number: 06-4018**
**District Case Number: 05-cr-00019E**

Dear District Court Clerk:

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Anthony W. Infante*
Anthony W. Infante, Case Manager
267-299-4916

cc:
 Robert L. Eberhardt
 Karen S. Gerlach
 Laura S. Irwin